# UNITED STATES DISTRICT COURT
### for the
### District of Rhode Island

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br><br>35 Whitewood Drive<br>Cranston, Rhode Island | )<br>)<br>) Case No.<br>)<br>) 1:12 MJ 335 A<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Rhode Island _____
*(identify the person or describe the property to be searched and give its location):*

35 Whitewood Drive in Cranston, Rhode Island, as described more fully in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

evidence, fruits, and instrumentalities of a crime, as more fully described in Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____ November 22, 2012 _____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Lincoln D. Almond _____.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 11/08/2012 11:30 am

_____
Judge's signature

City and state: Providence, RI

Lincoln D. Almond
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 1.12 MJ 335A | Date and time warrant executed: <br> 11/9/12  7.58 AM | Copy of warrant and inventory left with: <br> ANDREW JEREMIAH |
| Inventory made in the presence of : <br> / | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> See attached list. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/19/12

_Executing officer's signature_

JEFFREY CADY
_Printed name and title_

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT

2012 NOV 19 A 10:31

FILED

Seized on 11-9-12

35 Whitewood Drive

Cranston, RI

1. Toshiba Laptop, Serial number #6B205463W.
2. $29,230.00 in United States Currency.
3. Miscellaneous Credit Cards/documents.
4. $500.00 in United States Currency.
5. Miscellaneous Documents and one (1) VHS tape.
6. Miscellaneous Documents.
7. Three (3) file folders with documents related to Removal Services.
8. Nine (9) CD/DVD media, two (2) 3.5 Floppy Disks, one (1) Iomega Zip Drive and one (1) USB thumb drive.
9. Slade's Ferry Bank business checks for Removal Services (Checks #1131-1198) and Slade's Ferry Bank business checks for Green Energy (Checks# 1071-1099).
10. Miscellaneous Documents.
11. Toshiba Laptop, Serial number # 22095779P (no power cord).
12. Toshiba Laptop, Serial number # 88913128A (no power cord).
13. Two (2) small caliber rounds and miscellaneous documents.
14. Financial Documents.
15. One (1) 3.5 inch floppy disk labeled "Micro Gen".